WALTER B. MALING, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 10013.    Promulgated March 8, 1928.

*Frank R. Wehe, Esq.,* for the petitioner.
*Philip M. Clark, Esq.,* for the respondent.

1238

[black redaction block]

[black redaction block]

OPINION.

TRUSSELL: The sole issue in this appeal falls squarely within our decision in *Guy C. Earl*, 10 B. T. A. 723, holding that the earnings of the husband are taxable to him when received even though he has, by an assignment which is legal and enforceable under the laws of the State of California, released to his wife as her separate property one-half of his earnings. We therefore sustain the respondent.

*Judgment will be entered for the respondent.*